IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ELMER ISRAEL BARRIOS, # 1164418 | § |
| | § |
| v. | § CIVIL ACTION NO. G-05-534 |
| | § |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on December 14, 2006. Petitioner has filed Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 10) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Elmer Israel Barrios (Instrument No. 1) is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas this 26th day of January, 2007.

Samuel B. Kent
United States District Judge